| Transfer of Jurisdiction | | Case Number (Trans. Court) 4:16mj109<br>Case Number (Rec. Court) 3-17CR-139-L |
|---|---|---|
| Name Of Probationer/Supervised Releasee<br>**Christopher Bates** | District<br>Eastern District of Virginia | Division<br>Newport News |
| | Name of Sentencing Judge<br>U.S. Magistrate Judge Douglas E. Miller | |
| | Dates Of Probation/ Supervised Release | From September 13, 2016 To September 12, 2017 |
| Offense<br>Driving Under the Influence of Alcohol 18 USC 18.2-266. | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

U.S. District Court For The **Eastern District of Virginia, Newport News Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Texas, Dallas Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/7/17
Date

/s/
Douglas E. Miller
United States Magistrate Judge
U.S. Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

U.S. District Court For The **Northern District of Texas, Dallas Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/10/17
Effective Date

Sam A. Lindsay
U.S. District Judge

Prob22 (Revised 12/12/14)